UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEMETRIUS WELLS                                  CIVIL ACTION

VERSUS                                           NO. 07-6844

MAJOR RANDY PINION                               SECTION: "R"(2)

**ORDER**

    The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

    Accordingly, IT IS ORDERED that plaintiff's Section 1983 complaint is DISMISSED WITH PREJUDICE as legally frivolous and/or for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).  IT IS FURTHER ORDERED that plaintiff's state law negligence claims are DISMISSED WITHOUT PREJUDICE.

    New Orleans, Louisiana, this 20th day of May, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE